**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                   |     |                              |
|-----------------------------------|-----|------------------------------|
|                                   | **)** |                              |
| ROBERT W. RODRIGUEZ,              | )   |                              |
|                                   | )   |                              |
| Plaintiff,                        | )   |                              |
|                                   | )   |                              |
| v.                                | )   | Civil Action No. 14-cv-101 (KBJ) |
|                                   | )   |                              |
| UNITED STATES DEPARTMENT OF       | )   |                              |
| DEFENSE,                          | )   |                              |
|                                   | )   |                              |
| Defendant.                        | )   |                              |
|                                   | )   |                              |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's [20] Cross-Motion for Summary Judgment is

**GRANTED IN PART and DENIED IN PART**.  Plaintiff's motion is granted with

respect to the adequacy of the agency's search and denied without prejudice with

respect to DOD's application of FOIA exemptions to any withheld material.  It is

**FURTHER ORDERED** that Defendant's [18] Motion for Summary Judgment is

**DENIED** in full and without prejudice.  DOD will have until May 9, 2017, to conduct a

new search for responsive documents that is adequate in scope, manner, and location,

and to produce any additional responsive records to Plaintiff.

DATE:  February 15, 2017               *Ketanji Brown Jackson*
                                       KETANJI BROWN JACKSON
                                       United States District Judge